IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHENTOSHA SAUCEDA<br>on behalf of minor son | § | |
| | § | CIVIL ACTION NO. 6:12-CV-336 |
| v. | | |
| | § | |
| COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION | | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

Plaintiff Chentosha Sauceda, on behalf of her minor son, filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioners's denial of his application for Social Security benefits. The cause of action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the complaint be dismissed.

The Report of the Magistrate Judge, which contains the proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Plaintiff has filed no objections Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 19th day of March, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**